UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00225-WYD
UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  DANY MICHEL FLORES-PEREZ

    Defendants.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Refer Matter to A Magistrate Judge for Change of Plea and Sentencing, filed August 2, 2006, is **GRANTED** (docket #54).  This matter is referred to the Duty Magistrate Judge for entry of plea and sentencing.

    Dated:  August 2, 2006