# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
|---|---|
| v. | CASE NUMBER: 06-cr-00225-WYD |
| DANY MICHAEL FLORES PEREZ | Jeralyn Merritt (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C.§ 1325(a) and (b)(2) time served | Eluding Inspection or Examination by an Illegal Alien | May 2, 2006 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|        | Assessment | Fine |
|---|---|---|
| **Total:** | $10.00 | None |

August 7, 2006
Date of Imposition of Judgment

_Signature of Judicial Officer_

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

8/14/06
Date